**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   IRVIN E ARCHER　　　　　　　　　§　　　Case No.: 09-33239
　　　　　MARILYN ARCHER　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)　　　　　　　　　　　 §
-----------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 09/08/2009.

　　2)　This case was confirmed on 10/28/2009.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 06/07/2010, 09/15/2010.

　　5)　The case was converted on 11/10/2010.

　　6)　Number of months from filing to the last payment:  14

　　7)　Number of months case was pending:  15

　　8)　Total value of assets abandoned by court order:  NA

　　9)　Total value of assets exempted: $     3,432.00

　　10)　Amount of unsecured claims discharged without payment $      .00

　　11)　All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 4,770.15 |
| Less amount refunded to debtor | $ 636.90 |
| **NET RECEIPTS** | $ 4,133.25 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 247.72 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,747.72 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CREDIT ACCEPTANCE CO | UNSECURED | 1,152.00 | 1,152.28 | 1,152.28 | .00 | .00 |
| BOULDER CREDIT SERVI | UNSECURED | 731.00 | 731.18 | 731.18 | .00 | .00 |
| HONOR FINANCE | SECURED | 6,868.00 | 7,284.77 | 7,284.77 | 45.00 | 321.53 |
| IL DEPT OF EMPLOYMEN | UNSECURED | 5,119.00 | 5,119.00 | 5,119.00 | .00 | .00 |
| MCSI/RMI | UNSECURED | 250.00 | 9,719.85 | 9,719.85 | .00 | .00 |
| AAA MOTOR CLUB | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | 1,700.00 | NA | NA | .00 | .00 |
| AFLAC | UNSECURED | 3,105.00 | NA | NA | .00 | .00 |
| ENTERPRISE | UNSECURED | 263.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL S | UNSECURED | 1,586.00 | 1,586.32 | 1,586.32 | .00 | .00 |
| AMERICAS FINANCIAL S | UNSECURED | 307.00 | 307.11 | 307.11 | .00 | .00 |
| AMERICAS FINANCIAL S | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| AMERICA ONLINE | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| AMERI CASH LOANS | UNSECURED | 596.14 | NA | NA | .00 | .00 |
| AMERILOAN | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| AMERICA S FINANCIAL | UNSECURED | 1,586.00 | NA | NA | .00 | .00 |
| AMERICA S FINANCIAL | UNSECURED | 307.00 | NA | NA | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | 1,400.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 292.00 | 292.48 | 292.48 | .00 | .00 |
| AT&T | UNSECURED | 210.00 | NA | NA | .00 | .00 |
| CASH SUPPLY | UNSECURED | 422.00 | NA | NA | .00 | .00 |
| CASHLAND FINANCIAL | UNSECURED | 416.00 | 607.20 | 607.20 | .00 | .00 |
| WELL GROUP HEALTH PA | UNSECURED | 342.00 | 449.68 | 449.68 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| WELL GROUP HEALTH PA | UNSECURED | 107.00 | NA | NA | .00 | .00 |
| WELLGROUP HEALTH PAR | UNSECURED | 605.00 | 604.76 | 604.76 | .00 | .00 |
| CHECK N GO | UNSECURED | 258.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| NORFOLK FIN CORP | UNSECURED | 586.00 | 596.65 | 596.65 | .00 | .00 |
| AT & T | UNSECURED | 396.00 | NA | NA | .00 | .00 |
| INSURE ONE AGENCY | UNSECURED | 218.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 494.00 | NA | NA | .00 | .00 |
| DELTA MANAGEMENT ASS | UNSECURED | 388.88 | NA | NA | .00 | .00 |
| MARIAN CATHOLIC HIGH | UNSECURED | 3,680.00 | NA | NA | .00 | .00 |
| INGALLS MIDWEST EMER | UNSECURED | 258.00 | NA | NA | .00 | .00 |
| SUBURBAN EMERGENCY | UNSECURED | 82.00 | NA | NA | .00 | .00 |
| FIRST CASH FINANCIAL | UNSECURED | 1,450.00 | NA | NA | .00 | .00 |
| FOOD 4 LESS | UNSECURED | 171.62 | NA | NA | .00 | .00 |
| JEWEL FOOD STORE | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| JEWEL FOOD STORE | UNSECURED | 68.00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 519.00 | NA | NA | .00 | .00 |
| ILLIANA FINANCIAL CR | UNSECURED | 389.00 | 339.18 | 339.18 | .00 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | 1,321.00 | 84.00 | 84.00 | .00 | .00 |
| IMPACTCASH USA | UNSECURED | 670.00 | NA | NA | .00 | .00 |
| INSURE ONE | UNSECURED | 218.67 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 688.00 | NA | NA | .00 | .00 |
| LINDA OWENS | UNSECURED | 1,650.00 | 1,384.00 | 1,384.00 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,339.00 | 1,343.37 | 1,343.37 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 1,010.00 | 1,013.35 | 1,013.35 | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | 402.00 | 402.14 | 402.14 | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 826.00 | 828.83 | 828.83 | .00 | .00 |
| MIDWEST TITLE LOANS | UNSECURED | 982.00 | NA | NA | .00 | .00 |
| MONEY MARKET | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| MONTEREY COLLECTIONS | UNSECURED | 411.00 | 321.19 | 321.19 | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 626.00 | 1,041.67 | 1,041.67 | .00 | .00 |
| NICOR GAS | UNSECURED | 405.00 | NA | NA | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 368.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 315.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 259.00 | NA | NA | .00 | .00 |
| CALVIN CHRISTIAN SCH | UNSECURED | 9,399.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL CH | UNSECURED | 402.00 | NA | NA | .00 | .00 |
| CHILDRENS BOK OF THE | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| ROBERT COLEMAN | UNSECURED | 2,879.00 | NA | NA | .00 | .00 |
| ROBERT MORRIS COLLEG | UNSECURED | 1,204.00 | NA | NA | .00 | .00 |
| IMPACT CASH | UNSECURED | 670.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| STATE OF ILLINOIS TO | UNSECURED | 355.00 | NA | NA | .00 | .00 |
| THE BUREAUS INC | UNSECURED | 1,107.00 | 1,107.00 | 1,107.00 | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| TREMONT FINANCIAL | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 12,448.00 | 16,722.47 | 16,722.47 | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 200.00 | 1,965.64 | 1,965.64 | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 269.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1,874.00 | 1,874.11 | 1,874.11 | .00 | .00 |
| WAUKESHA COUNTY | UNSECURED | 156.20 | 156.20 | 156.20 | .00 | .00 |
| ECMC | UNSECURED | 29,270.00 | 58,264.97 | 58,264.97 | .00 | .00 |
| XLS/CITEL | UNSECURED | 28,492.00 | NA | NA | .00 | .00 |
| MACK INDUSTRY | OTHER | .00 | NA | NA | .00 | .00 |
| HONOR FINANCE | UNSECURED | NA | NA | NA | .00 | .00 |
| OLIPHANT FINANCIAL C | UNSECURED | NA | 204.75 | 204.75 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 3,300.00 | 3,089.25 | 3,089.25 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 3,300.00 | NA | NA | .00 | .00 |
| VILLAGE OF HAZEL CRE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 19.00 | 19.00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 603.65 | 603.65 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 7,284.77 | 45.00 | 321.53 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 7,284.77 | 45.00 | 321.53 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 622.65 | 19.00 | .00 |
| **TOTAL PRIORITY:** | 622.65 | 19.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 111,308.63 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,747.72 |
| Disbursements to Creditors | $ | 385.53 |
| **TOTAL DISBURSEMENTS:** | $ | 4,133.25 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:    12/07/2010                                  /s/ Tom Vaughn
                                                      Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**